An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CODY MICHAEL BRITTON,
Petitioner,
vs.
THE SEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF WHITE
PINE; AND THE HONORABLE STEVE
L. DOBRESCU, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 68032



FILED

OCT 15 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

### ORDER DENYING PETITION

This original petition for a writ of mandamus challenges an order of the district court dismissing petitioner Cody Michael Britton's appeal from his conviction in justice court. *See* NRS 34.160; *Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 603-04, 637 P.2d 534, 536 (1981). We conclude that Britton has not demonstrated that writ review is appropriate because he has not demonstrated that the district court manifestly abused its discretion in concluding that he did not perfect his appeal pursuant to NRS 189.065(1). *See Pan v. Eight Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the petitioner bears the burden of demonstrating that this court's intervention by way of extraordinary relief is warranted). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

15-31440

cc: Hon. Steve L. Dobrescu, District Judge
State Public Defender/Carson City
Attorney General/Carson City
White Pine County District Attorney
White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A